# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  10-cv-01570-WYD-MJW         FTR - Courtroom A-502

**Date:**  November 4, 2010                                        Courtroom Deputy, Ellen E. Miller

*Parties*                                                                              *Counsel*

EVAN BARK,                                                               Alison L. Ruttenberg

  Plaintiff(s),

v.

DETECTIVE MARK CHACON,                                 Shane M. White
Colorado Springs Police Department,                     Amy R.  Folsom
in his personal capacity,
SERGEANT DALE FOX,
Colorado Springs Police Department,
in his personal capacity,
SERGEANT MIKE FREEMAN,
Colorado Springs Police Department,
in his personal capacity,
SERGEANT JOSHUA BENNER,
Colorado Springs Police Department,
in his personal capacity,
OFFICER FELIX JULIANO,
Colorado Springs Police Department,
in his personal capacity,
OFFICER DANIEL MORK,
Colorado Springs Police Department,
in his personal capacity,
OFFICER CHRISTOPHER LAABS,
Colorado Springs Police Department,
in his personal capacity,
ANDREW HOLMES, Deputy Sheriff, El Paso County,
THE CITY OF COLORADO SPRINGS, COLORADO,
a municipality; and
EL PASO COUNTY, COLORADO,

  Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:    STATUS   CONFERENCE**

**Court in Session:**     9:00 a.m.
Court calls case.  Appearances of counsel.

Counsel for Plaintiff notes she is in communication with Dennis McGuire, an El Paso County Public Defender, regarding certain documents.

Discussion is held regarding Plaintiff's Motion to Amend the Complaint.  With no objections from defendants,

**It is ORDERED:**     Plaintiff's MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [Docket No. **17**, Filed October 26, 2010] is **GRANTED.**
Plaintiff's AMENDED COMPLAINT AND JURY DEMAND [Docket No. 17-1] is accepted for filing as of this date.
Caption shall be amended accordingly.

Defense counsel Amy R. Folsom advises the Court she accepts service on behalf of the newly named defendant Andrew Holmes, Deputy Sheriff, El Paso County.
Defense counsel Shane M. White advises the Court he accepts service on behalf of the newly named defendants Sergeants Dale Fox, Mike Freeman, and Joshua Benner, and Officers Felix Juliano, Daniel Mork, and Christopher Laabs.

Plaintiff's counsel notes Detective Chacon's name is incorrect on the pleadings as Mike and should be Mark.  Defense counsel agrees with the correction.

**It is ORDERED:**     Defendant Detective Chacon is correctly named Detective MARK CHACON and the caption shall be amended accordingly for all future filings.

**It is ORDERED:**     Defendants shall have to and including **NOVEMBER 22, 2010** within which to file any responsive pleading to the AMENDED COMPLAINT.

Discussion is held regarding the City of Colorado Springs' Motion to Dismiss.
Defendant City makes an Oral Motion to withdraw without prejudice the Motion to Dismiss [Docket No. 9].  With no objections,

**It is ORDERED:**     The ORAL MOTION to Withdraw its Motion to Dismiss is **granted** for reasons as set forth on the record.
Defendant City of Colorado Springs' MOTION TO DISMISS [Docket No. 9, Filed September 17, 2010] is **WITHDRAWN without prejudice.**

**It is ORDERED:**     A **TELEPHONIC  STATUS  CONFERENCE** is set **JANUARY 31, 2011  at 9:30 a.m.**

All participating parties are to be on the call *before* the Court is contacted; Plaintiff shall create the conference call.  Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.

Topics of discussion will include:
(1)   Status of discovery
(2)   Pending motions
(3)   Need to set Settlement Conference

Hearing concluded.
**Court in recess:**    9:18 a.m.
Total In-Court Time 00: 18

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.    FAX (303) 893-8305        www.AveryWoods.net