IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01570-WYD-MJW

EVAN BARK,

Plaintiff(s),

v.

DETECTIVE MARK CHACON,  Colorado Springs Police Department,
in his personal capacity,
SERGEANT DALE FOX,
Colorado Springs Police Department,  in his personal capacity,
SERGEANT MIKE FREEMAN,
Colorado Springs Police Department,  in his personal capacity,
SERGEANT JOSHUA BENNER,
Colorado Springs Police Department,  in his personal capacity,
OFFICER FELIX JULIANO,
Colorado Springs Police Department,  in his personal capacity,
OFFICER DANIEL MORK,
Colorado Springs Police Department,  in his personal capacity,
OFFICER CHRISTOPHER LAABS,
Colorado Springs Police Department,  in his personal capacity,
ANDREW HOLMES, Deputy Sheriff, El Paso County Sheriff's office,
in his personal capacity,
THE CITY OF COLORADO SPRINGS, COLORADO,
a municipality; and
EL PASO COUNTY, COLORADO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the City Defendants' Unopposed Motion for Permission to File Dispositive Motion Out of Time, DN 48, filed with the Court on May 20, 2011, is GRANTED up to and including June 17, 2011.

Date:  May 24, 2011